Nos. 25-2713, 25-2894

# United States Court of Appeals
# For the Eighth Circuit

SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S., *et al.*,
*Plaintiffs-Appellees,*

JULEE JAEGER, on behalf of herself and her minor child, U .J., *et al.*,
*Plaintiffs-Appellees*,

v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1, *et al.*,
*Defendants,*

CONWAY SCHOOL DISTRICT, NO. 1,
*Defendant*,

STATE OF ARKANSAS,
*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Western District of Arkansas
No. 5:25-cv-05127 (Hon. Timothy L. Brooks)

**Amended Designation of Record**

Pursuant to Federal Rule of Appellate Procedure 30(b), Intervenor-Appellant designates the entire district-court record as the record on appeal.

Respectfully submitted,

T<small>IM</small> G<small>RIFFIN</small>
Arkansas Attorney General

A<small>UTUMN</small> H<small>AMIT</small> P<small>ATTERSON</small>
Solicitor General

L<small>AURA</small> P<small>URVIS</small>
Assistant Attorney General

O<small>FFICE OF THE</small> A<small>RKANSAS</small>
 A<small>TTORNEY</small> G<small>ENERAL</small>
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
autumn.patterson@arkansasag.gov
*Counsel for Intervenor-Appellant*

1

## Certificate of Service

I certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CMIECF system, which notifies any CM/ECF participants of the filing.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson

2