Nos. 25-2713, 25-2894

# United States Court of Appeals For the Eighth Circuit

SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S., *et al.*,
*Plaintiffs-Appellees,*

JULEE JAEGER, on behalf of herself and her minor child, U.J., *et al.*,
*Plaintiffs-Appellees*,

v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1, *et al.*,
*Defendants,*

CONWAY SCHOOL DISTRICT, NO. 1,
*Defendant*,

STATE OF ARKANSAS,
*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Western District of Arkansas
No. 5:25-cv-05127 (Hon. Timothy L. Brooks)

**Amended Statement of Issues on Appeal**

Pursuant to Federal Rule of Appellate Procedure 30(b), Intervenor-Appellant submits this statement of issues on appeal. The issues on appeal include whether Plaintiffs lack standing; whether Plaintiffs' claims are unripe; whether Plaintiffs failed to show likelihood of success on their Establishment Clause claim and Free

Exercise Clause claim, including due to the district court's erroneous evidentiary determinations; whether Plaintiffs failed to show the remaining preliminary-injunction factors weighed in their favor; and whether the injunction exceeds the district court's equitable powers and is overbroad.

Respectfully submitted,

TIM GRIFFIN
Arkansas Attorney General

AUTUMN HAMIT PATTERSON
Solicitor General

LAURA PURVIS
Assistant Attorney General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
autumn.patterson@arkansasag.gov
*Counsel for Intervenor-Appellant*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CMIECF system, which notifies any CM/ECF participants of the filing.

*/s/Autumn Hamit Patterson*
Autumn Hamit Patterson