Nos. 25-2713, 25-2894

# United States Court of Appeals
# For the Eighth Circuit

SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S., *et al.*,
*Plaintiffs-Appellees,*

JULEE JAEGER, on behalf of herself and her minor child, U.J., *et al.*,
*Plaintiffs-Appellees*,

v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1, *et al.*,
*Defendants,*

CONWAY SCHOOL DISTRICT, NO. 1,
*Defendant*,

STATE OF ARKANSAS,
*Intervenor-Appellant.*

On Appeal from the United States District Court
for the Western District of Arkansas
No. 5:25-cv-05127 (Hon. Timothy L. Brooks)

**Unopposed Motion for Extension of Time to File Opening Brief and Appendix**

Intervenor-Appellant State of Arkansas respectfully requests a 30-day extension of time to file its opening brief and appendix. Arkansas has not previously requested an extension, and Plaintiffs-Appellees do not oppose this request.

Arkansas's opening brief is currently due on November 17, 2025, and granting the extension would make the deadline December 17, 2025.

A 30-day extension of the deadline is reasonable and necessary due to counsel's numerous obligations, including supervisory responsibilities and deadlines in state and federal courts. It is also necessary to promote efficiency. Following the appeal of the initial preliminary injunction, the district court allowed Plaintiffs to supplement the complaint to add more parties and granted an additional preliminary injunction. R. Doc. 86, R. Doc. 111. Arkansas promptly appealed, R. Doc. 117, and this Court consolidated the appeals, *see* Sept. 26, 2025 Letter. Subsequently, the district court has allowed Plaintiffs to supplement the complaint again to add more parties and has issued a temporary restraining order. *See* R. Doc. 130, R. Doc. 137. This afternoon, the district court converted the temporary restraining order to a preliminary injunction, R. Doc. 149, and Arkansas promptly filed a notice of appeal, R. Doc. 150. Arkansas thus anticipates that this new appeal will be consolidated (as it should be) with the previous appeals to promote judicial efficiency and preserve party resources.[1] An extension of the deadlines is thus necessary to allow the appeals

---

[1] Because the deadline to file for leave to amend or supplement the pleadings to add parties has elapsed, R. Doc. 101 at 2, Arkansas expects today's preliminary-injunction order to be the last preliminary-injunction order in this case.

2

to be briefed together. Moreover, an extension will not prejudice Plaintiffs given the preliminary injunctions that are currently in place.

Therefore, Arkansas respectfully requests that the Court grant this unopposed motion for a 30-day extension of the deadline to file the opening brief and appendix.

Respectfully submitted,

TIM GRIFFIN
Arkansas Attorney General

AUTUMN HAMIT PATTERSON
Solicitor General

LAURA PURVIS
Assistant Attorney General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for Intervenor-Appellant*

# CERTIFICATE OF SERVICE

I certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CMIECF system, which notifies any CM/ECF participants of the filing.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 350 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. r. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in 14-point Equity, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
