# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2713

Samantha Stinson, on behalf of herself and her minor children, et al.

Appellees

Julee Jaeger, on behalf of herself and her minor child, U.J., et al.

v.

Fayetteville School District No. 1, et al.

Appellees

Conway School District, No. 1

State of Arkansas

Appellant

No: 25-2894

Samantha Stinson, on behalf of herself and her minor children, et al.

Julee Jaeger, on behalf of herself and her minor child, U.J., et al.

Appellees

v.

Fayetteville School District No. 1, et al.

Conway School District, No. 1

Appellee

State of Arkansas

Appellant

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:25-cv-05127-TLB)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until December 17, 2025 to file the brief.

November 12, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler